In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY.
DORSAR ENTERPRISES, INC., as Assignee, Appellant.
ALFRED J. CALLAHAN, as Trustee, et al., Respondents.

Reported below, 263 App. Div. 983.
Submitted July 29, 1942; decided October 8, 1942.

*Jacob S. Demov, Henry J. Block* and *Lewis F. X. Cotignola* for motion.

*William Klein* opposed.

Motion denied without prejudice to a renewal thereof on argument of the appeal.